1  Shannon Liss-Riordan (State Bar No. 310719)
    sliss@llrlaw.com
2  **Lichten & Liss-Riordan, P.C.**
   729 Boylston Street, Suite 2000
3  Boston, MA 02116
   Telephone:   +1 617 994-5800
4  Facsimile:    +1 617 994-5801

5  Attorneys for Plaintiffs
   RAEF LAWSON and JOSHUA ALBERT

6  Michael E. Brewer (State Bar No. 177912)
    michael.brewer@bakermckenzie.com
7  Billie D. Wenter (State Bar No. 235193)
    billie.wenter@bakermckenzie.com
8  **Baker & McKenzie LLP**
9  Two Embarcadero Center, 11th Floor
   San Francisco, CA  94111-3802
10 Telephone: +1 415 576 3000
   Facsimile:  +1 415 576 3099

11 Attorneys for Defendant
12 DELIV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON and JOSHUA ALBERT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELIV, INC.,<br><br>Defendant. | Case No. 3:18-cv-3632-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    January 10, 2019<br>Time:   10:00 a.m.<br>Place:   Courtroom 4 - 17th Floor<br>Judge:  Hon. Vince Chhabria |

6853029-v1\SFODMS

Case No. 3:18-cv-3632-VC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Plaintiffs Raef Lawson and Joshua Albert ("Plaintiffs") and Defendant Deliv, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, jointly submit the following Stipulation:

WHEREAS, Plaintiffs filed a Motion for Class Certification [Dkt 35] on October 5, 2018;

WHEREAS, Defendant's opposition to the Motion for Class Certification is currently due on November 2, 2018;

WHEREAS, mediation was held on October 23, 2018;

WHEREAS, the Parties did not settle at the mediation, but settlement discussions are ongoing;

WHEREAS, the Parties have met and conferred and have agreed that, pending Court approval, Defendant's opposition shall be filed on or before November 9, 2018, and Plaintiffs' reply shall be filed on or before November 16, 2018; and

WHEREAS, the Parties' agreed upon briefing schedule will result in the motion being fully briefed seven full weeks before the scheduled hearing date of January 10, 2018;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the Parties, that Defendant's opposition to Plaintiffs' Motion for Class Certification shall be filed on or before November 9, 2018 and Plaintiffs' reply shall be filed on or before November 16, 2018.

Dated: October 30, 2018  BAKER & McKENZIE LLP

By: */s/ Michael E. Brewer*
Michael E. Brewer
Attorneys for Defendant
DELIV, INC.

Dated: October 30, 2018  Respectfully Submitted,

By: */s/ Shannon Liss-Riordan*
Shannon Liss-Riordan
LICHTEN & LISS-RIORDAN, P.C.
Attorneys for Plaintiffs
RAEF LAWSON and JOSHUA ALBERT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2  Case No. 3:18-cv-3632-VC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Michael E. Brewer, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 30, 2018

By: */s/ Michael E. Brewer*

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Defendant's opposition to Plaintiffs' Motion for Class Certification shall be filed on or before November 9, 2018, and Plaintiffs' reply shall be filed on or before November 16, 2018.

Dated: November 2, 2018

Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3    Case No. 3:18-cv-3632-VC
STIPULATION AND ~~[PROPOSED]~~ ORDER RE: BRIEFING SCHEDULE
RELATED TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION