UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DELIV, INC.,<br><br>          Defendant. | Case No. 18-cv-03632-VC<br><br>**SUPPLEMENTAL ORDER GRANTING STIPULATED DISMISSAL (FILED UNDER SEAL)**<br><br>Re: Dkt. No. 43 |

At the telephonic case management conference, the parties offered additional reasons why the request for dismissal should be granted. Specifically, they stated that although the defendant has not yet announced it, Deliv will begin the process of classifying its drivers as employees at the beginning of next year. According to counsel for the plaintiff, this fact, combined with the company's financial condition, helps justify a dismissal before class certification proceedings. The Court agrees, and therefore will sign the stipulated dismissal.

**IT IS SO ORDERED.**

Dated: December 19, 2018

_____
VINCE CHHABRIA
United States District Judge