UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAEF LAWSON, et al.,

    Plaintiffs,

  v.

DELIV, INC.,

    Defendant.

Case No.  18-cv-03632-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Billie Desiree Wenter
    Baker & McKenzie LLP
    Two Embarcadero Center
    Suite 1100
    San Francisco, CA 94111-3802

    Michael E. Brewer
    Baker & McKenzie LLP
    Two Embarcadero Center
    11th Floor
    San Francisco, CA 94111

    Shannon  Liss-Riordan
    Lichten & Liss-Riordan, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA 02116

Dated: December 19, 2018

    Susan Y. Soong
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA