UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DELIV, INC.,<br><br>    Defendant. | Case No. 18-cv-03632-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 47 |

The parties are ordered to show cause why the document filed at Dkt. No. 47 should not be unsealed pursuant to the parties' representations at the further case management conference on December 11, 2018. The parties must respond to this order to show cause by March 22, 2019, and they are invited to do so, if necessary, under seal.

**IT IS SO ORDERED.**

Dated: March 15, 2019

VINCE CHHABRIA
United States District Judge